USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-16-09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SLOMAN NEPTUN SCHIFFAHRTS
AKTIENGESELLSCHAFT,

                      Plaintiff,          09 CV 5813

-v-

BUNKERS INTERNATIONAL,                    **ORDER TEMPORARILY**
CORPORATION, PETRO COSTA C.I. LTDA,     **SEALING FILE**
and SEA & LAND FUELS S.A.,

                      Defendants.
------------------------------------------------------------x

        An application having been made by counsel for Plaintiff for an Order Temporarily Sealing the Court File:

        NOW, on reading and filing the Affidavit of George M. Chalos, Esq., sworn to the 22nd of June 2009, and good cause having been shown, it is hereby

        **ORDERED**, that all documents, including, but not limited to, the Complaint and the other pleadings, Orders and/or Writs filed and/or issued in this case be filed under seal, and the court file be maintained under seal until further notice of this Court or notification to the Clerk that the Plaintiff's property has been attached. The Clerk of this Court may have access to the sealed file to implement or ensure compliance with orders issued in this case. *for a period of ten (10) days unless otherwise extended by the judge to whom the case is assigned. The Clerk is directed to unseal it in ten (10) days if no order of extension is granted*

Dated: New York, New York
       June 22, 2009

                                  SO ORDERED:

                                  _____
                                  U.S.D.J.   PART I

Chalos & Co Ref: 4001.002